THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH
KAHN, Respondent, *v.* WILLIAM W. FARLEY, as State
Commissioner of Excise of the State of New York,
Appellant.

*People ex rel. Kahn* v. *Farley*, 163 App. Div. 100, affirmed.
(Argued January 6, 1915; decided January 26, 1915.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
September 8, 1914, which annulled on certiorari the pro-
ceedings of the defendant in dismissing the relator from
the position of clerk in the state department of excise.

*Louis M. King* and *A. M. Sperry* for appellant.

*Samuel H. Salisbury* for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.